## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Naquone Taylor

                **Case No.  16-cv-03617-DLI-JO**

    **Plaintiff,**

**v.**

FRC Real Estate LLC,
Pies And Thighs LLC

    **Defendant.**

_____

## NOTICE OF UNAVAILABILITY

Please take notice that the undersigned counsel will be on unavailable from **October 12th, 2016 through October 18th, 2016**. Therefore, the undersigned counsel hereby request that all counsel record refrain from setting, scheduling and/or noticing for hearings, take deposition, or conducting other case activity requiring his attendance during that time. Accordingly, the undersigned counsel further requests the professional courtesy and cooperation of all counsel of record during this scheduled time of unavailability.

Respectfully submitted on September 29, 2016.

                              **By: /s/ Tara Demetriades**
                              Tara Demetriades, Esq.
                              New York Bar # 4185666e

                              **ADA Accessibility Associates**
                              1076 Wolver Hollow Road
                              Oyster Bay, NY 11771
                              t: 516.595.5009
                              E: TDemetriades@Aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's Notice of Unavailability has been served via the Court's CM/ECF filing system upon all parties of record on September 29, 2016.

                              **By: /s/ Tara Demetriades**
                                  Tara Demetriades, Esq.
                                  New York Bar No. 4158666