UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
NAQUONE TAYLOR, individually,

                                Plaintiffs,

      -against-                              Case No.: 16-cv-03617 (DLI)(JO)

PIES AND THIGHS LLC d/b/a PIES N
THIGHS, a New York for Profit entity,
and FRC REAL ESTATES LLC, a New
York for Profit entity,

                                Defendants.
------------------------------------------------------------ x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff filed a Complaint on June 29, 2016, asserting claims for, *inter alia*, injunctive relief, and attorney's fees, litigation expenses and costs, under the Americans with Disabilities Act, 42 U.S.C. §§ 12181 *et seq.* ("ADA");

WHEREAS, the parties reached a settlement of this action through arms-length negotiations resolving all matters in dispute, the terms of which have been signed and accepted by all parties; and

WHEREAS, the United States District Court for the Eastern District of New York, shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants, that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant the Federal Rules of Civil Procedure, with no award of counsel fees or costs by the Court to either side.

LEGAL:10459-0047/6629975.1

| For Defendants: | For the Plaintiff: |
|---|---|
| By: *Heather C. Hili* | By: *[signature]* |
| Robert W. Hellner, Esq. | Tara Demetriades, Esq. |
| Heather C. Hili, Esq. | ADA Accessibility Associates |
| Wood, Smith, Henning, and Berman, LLP | 1076 Wolver Hollow Road |
| 685 Third Avenue, 18th Floor | Oyster Bay, New York 11771 |
| New York, New York 10017 | tdemetriades@aol.com |
| (212) 999-7115 | (516) 595-5009 |
| hhili@wshblaw.com | tdemetriades@aol.com |
| Date: 12/15/16 | Date: 12/15/2016 |

SO ORDERED:

_____
Hon. Dora L. Irizarry, U.S.D.J.